## (December 4, 1958)

■ Carl D. Lunstedt, Respondent, v. Hans Levi, Appellant, et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. George H. Hornbeck, Jr., Appellant.— Application for reargument denied. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.